Rel: September 12, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2025-0262

Beverly Owen Barber v. Alabama State Bar (Appeal from Disciplinary
Board of Alabama State Bar: ASB-2023-1719, ASB-2023-1787, and ASB-
2023-147).

PER CURIAM.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Sellers, McCool, and Lewis, JJ., concur.

Wise, J., recuses herself.